UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 05-80643 CIV-HURLEY / HOPKINS

CRISTOPHER PAYNE

   Plaintiff,

v.

COVENANT TRANSPORT, INC. and
GILSTER-MARY LEE CORPORATION

   Defendants.
_____/

NIGHT BOX FILED
JUL 15 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## COMPLAINT

I, CRISTOPHER PAYNE, plaintiff in the above styled cause, sue defendants; COVENANT TRANSPORT, INC. and GILSTER-MARY LEE CORPORATION and allege:

### JURISDICTION & PARTIES

1. Jurisdiction is founded on diversity of citizenship and the amount in controversy.

2. Plaintiff is a citizen of the State of Florida.

3. Defendant, COVENANT TRANSPORT, INC. is a corporation incorporated under the law of the State of Nevada having its principal place of business in the State of Tennessee.

4. Defendant, COVENANT TRANSPORT, INC. is subject to the jurisdiction of this Court under Fla. Stat. §48.193 for the reasons set forth below:

   a. Operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office in this state. Specifically, Covenant Transport Secured Yard is located at 11412 United Way, Orlando, Florida 32824.



    b.    Engaging in substantial and not isolated business activities in the State of Florida, including:

        i.    Transporting commercial goods via its fleet of trucks over Florida roadways;

        ii.    Being involved in at least ninety-five (95) crashes on Florida roadways between 2001 - present; eighteen (18) of which involved injuries and three (3) involved fatalities;

        iii.    Undergoing at least one hundred thirty-nine (139) vehicle inspections by the Florida Department of Transportation (DOT) from 2003 - present, revealing one hundred twenty-two (122) (DOT) violations;

        iv.    Receiving at least nineteen (19) separate moving violations while traveling on Florida roadways between January 2003 - June 2005;

        v.    Advertising in a Florida newspapers such as the Palatka Daily News, The Anna Maria Island Sun and Pensacola News Journal for the hiring of drivers to operate its semi-tractor trailer trucks;

        vi.    Advertising on web sites, such as classadrivers.com, getatruckdrivingjob.com and bestdriver.com for the hire of Florida drivers to operate its semi-tractor trailer trucks;

        vii.    Listing Florida on its International Registration Plan (IRP) and Apportioned Tag that is maintains with the State of Oklahoma.

5.    Defendant, GILSTER-MARY LEE CORPORATION, is a corporation incorporated under the law of the State of Missouri having its principal place of business in the State of Illinois.

6.    Defendant, GILSTER-MARY LEE CORPORATION, is subject to the jurisdiction of this Court under Fla. Stat. §48.193 for the reasons set forth below:

    a.    Operating, conducting, engaging in, or carrying on a business or business venture in this state.

      b.      Engaging in substantial and not isolated activity in the State of Florida, including:

            i.     Utilizing its fleet of trucks, carrying commercial goods, to travel 1,185,973 miles on Florida roadways during the period July 1, 2002 - June 30, 2003;

            ii.    Utilizing its fleet of trucks, carrying commercial goods, to travel1,043,193 miles on Florida roadways during the period July 1, 2003 - June 30, 2004;

            iii.   Listing Florida on its International Registration Plan (IRP) and Apportioned Tag that is maintains with the State of Missouri.

7.     The matter in controversy exceeds$75,000.00, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

## **GENERAL ALLEGATIONS**

8.     On January 26, 2004, Defendant, COVENANT TRANSPORT, INC. owned a 2004 Freightliner semi-tractor trailer truck having a VIN # 1FUSA6CG44LM10648 and a license plate # 2CY960.

9.     On January 26, 2004, Wesley Allen Lucas, date of birth 09/06/1980, was an employee of Defendant, COVENANT TRANSPORT, INC.

10.    On January 26, 2004, Wesley Allen Lucas, date of birth 09/06/1980, was an agent of Defendant, COVENANT TRANSPORT, INC.

11.    On January 26, 2004, Wesley Allen Lucas was operating the semi-tractor trailer truck having a VIN # 1FUSA6CG44LM10648 and a license plate # 2CY960, southbound on I-29, one mile north of Missouri Valley, Iowa.

12. On January 26, 2004, Wesley Allen Lucas was acting within the course and scope of his employment with Defendant, COVENANT TRANSPORT, INC.

13. On January 26, 2004, Wesley Allen Lucas was driving the semi-tractor trailer truck having a VIN # 1FUSA6CG44LM10648 and a license plate # 2CY960, with the consent of Defendant, COVENANT TRANSPORT, INC.

14. On January 26, 2004, Defendant, GILSTER-MARY LEE CORPORATION, owned a 1998 Kenworth semi-tractor trailer truck having a VIN # 1XKAD69X5WR758906 and a license plate # 85515.

15. On January 26, 2004, Don Aubrey Hudson, date of birth 04/27/1966, was an employee of Defendant, GILSTER-MARY LEE CORPORATION.

16. On January 26, 2004, Don Aubrey Hudson, date of birth 04/27/1966, was an agent of Defendant, GILSTER-MARY LEE CORPORATION.

17. On January 26, 2004, Don Aubrey Hudson was operating the semi-tractor trailer truck having a VIN # 1XKAD69X5WR758906 and a license plate # 85515, northbound on I-29, one mile north of Missouri Valley, Iowa.

18. On January 26, 2004, Don Aubrey Hudson was acting within the course and scope of his employment with Defendant, GILSTER-MARY LEE CORPORATION.

19. On January 26, 2004, Don Aubrey Hudson was driving the semi-tractor trailer truck having a VIN # 1XKAD69X5WR758906 and a license plate # 85515, with the consent of Defendant, GILSTER-MARY LEE CORPORATION.

20. On January 26, 2004, Plaintiff, CRISTOPHER PAYNE, was operating a semi tractor trailer truck having a VIN # 1FUJBBCGX1PG27957 and a license plate # 77558, northbound on I-29, one mile north of Missouri Valley, Iowa.

## COUNT I
## VICARIOUS LIABILITY - DEFENDANT COVENANT TRANSPORT, INC.

Plaintiff re-alleges paragraphs 1 - 20 above and further alleges:

21. As the owner of the Freightliner semi-tractor trailer truck having a VIN # 1FUSA6CG44LM10648 and a license plate # 2CY960., Defendant, COVENANT TRANSPORT, INC. is vicariously liable for the negligence of its driver Wesley Allen Lucas under Iowa Statute §321.493, which states in part:

> **321.493 Liability for damages.**
> ...in all cases where damage is done by any motor vehicle by reason of negligence of the driver, and driven with the consent of the owner, the owner of the motor vehicle shall be liable for such damage.

22. As the employer of Wesley Allen Lucas, Defendant, COVENANT TRANSPORT, INC. also vicariously liable for the negligence of its employee Wesley Allen Lucas, while acting within the course and scope of his employment.

23. On January 26, 2004, on I-29, one mile north of Missouri Valley, Iowa, Wesley Allen Lucas negligently operated and maintained the aforementioned vehicle causing it to collide with Plaintiff's vehicle, thereby causing serious personal injuries to Plaintiff.

24. As a direct and proximate result of the aforementioned negligence of Wesley Allen Lucas, Plaintiff suffered bodily injuries and/or an aggravation of a pre-existing condition, which have resulted in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the

enjoyment of life, expense of medical and related care and treatment, loss of full mind and body, loss of earnings, and the loss of the ability to earn money. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, CRISTOPHER PAYNE, demands judgement against Defendant, COVENANT TRANSPORT, INC. in an amount in excess of Seventy-Five Thousand ($75,000.00), plus taxable costs and such other further relief as the Court may deem just and proper.

## COUNT II
## VICARIOUS LIABILITY - DEFENDANT GILSTER-MARY LEE CORPORATION

Plaintiff re-alleges paragraphs 1 - 20 above and further alleges:

25. As the owner of the Kenworth semi-tractor trailer truck having a VIN # 1FUSA6CG44LM10648 and a license plate # 2CY960, Defendant, GILSTER-MARY LEE CORPORATION is vicariously liable for the negligence of its driver Don Aubrey Hudson under Iowa Statute §321.493, which states in part:

> **321.493 Liability for damages.**
> ...in all cases where damage is done by any motor vehicle by reason
> of negligence of the driver, and driven with the consent of the owner,
> the owner of the motor vehicle shall be liable for such damage.

26. As the employer of Don Aubrey Hudson, Defendant, GILSTER-MARY LEE CORPORATION is vicariously liable for the negligence of its employee Don Aubrey Hudson, while acting within the course and scope of his employment.

27. On January 26, 2004, on I-29, one mile north of Missouri Valley, Iowa, Don Aubrey Hudson negligently operated and maintained the aforementioned vehicle causing it to collide with Plaintiff's vehicle, thereby causing serious personal injuries to Plaintiff.

28. As a direct and proximate result of the aforementioned negligence of Don Aubrey Hudson, Plaintiff suffered bodily injuries and/or an aggravation of a pre-existing condition which have resulted in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical and related care and treatment, loss of full mind and body, loss of earnings, and the loss of the ability to earn money. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, CRISTOPHER PAYNE, demands judgement against Defendant, GILSTER-MARY LEE CORPORATION in an amount in excess of Seventy-Five Thousand ($75,000.00), plus taxable costs and such other further relief as the Court may deem just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.**

DATED this 15th day of July, 2005.

R. Timothy Vannatta, Esquire
KUVEIKIS & VANNATTA, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Tel: (561) 655-9091
Fax: (561) 655-2921
Florida Bar No.: 0055890
email: tim@wpblawyer.com

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

**HOPKINS**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CRISTOPHER PAYNE

05-80643

## DEFENDANTS
COVENANT TRANSPORT, INC. and GLESTER-MARY LEE CORPORATION

CIV-HURLEY

**(b)** County of Residence of First Listed Plaintiff: Osceola County, Fla.

County of Residence of First Listed Defendant: Hamilton County, Tenn.

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
R. Timothy Vannatta, Esquire, Kuveikis & Vannatta, P.A., 301 Clematis Street, Suite 3000, West Palm Beach, Florida 33401, (561) 655-9091

Attorneys (If Known)
Wayne Alder, Esquire, Seiden, Alder & Matthewman, P.A., 2300 Glades Road, West Tower, Suite 340, Boca Raton, Florida 33431, (561) 416-0170

NIGHT BOX FILED

**(d)** Check County Where Action Arose: ☐ DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

JUL 15 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

9:05CV80643 Hurley Hopkins

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C.A. §1332 (Diversity) - Plaintiff injured in trucking accident by semi-trucks owned by Defendants

LENGTH OF TRIAL via 5-6 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** $1,750,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE ___ DOCKET NUMBER ___

DATE: 07/15/2005
SIGNATURE OF ATTORNEY OF RECORD: R. Timothy Vannatta

**FOR OFFICE USE ONLY**
RECEIPT # 534736   AMOUNT 250.00   APPLYING IFP ___